EX PARTE JOSÉ N. QUIÑONES, PETICIONARIO.

ADMISIÓN al ejercicio del notariado (moción de reconsideración.)

No. 442.—Resuelto en junio 19, 1923.

ABOGADOS—NOTARIOS—REQUISITOS NECESARIOS PARA EJERCER EL NOTARIADO.—
Aunque un abogado hubiera estado en condiciones de ser admitido al ejercicio del notariado antes de regir la Ley núm. 15 de 1914, si no recibe licencia del Tribunal Supremo para ejercer la abogacía hasta 1915, no puede ser autorizado a ejercer el notariado hasta que haya practicado la abogacía durante dos años contados a partir de la fecha de la admisión, según prescribe la citada ley de 1914.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. F. Soto Gras.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

José N. Quiñones, abogado admitido a ejercer su profesión ante los tribunales insulares desde el 27 de abril de 1915, solicitó en mayo 29, 1923, que se le admitiera a la práctica del notariado. Alegó en su solicitud que había venido desempeñando cargos judiciales desde el 21 de diciembre de 1915 hasta enero 3, 1923. Siendo ello así, vista la ley sobre la materia que requiere dos años de práctica de la abogacía y lo resuelto en el caso de *Pereyó* v. *López et al.*, 22 D. P. R. 780, la solicitud fué negada.

No conforme el peticionario ha presentado un escrito solicitando ·la reconsideración de nuestra orden basándose en que si bien fué admitido a ejercer su profesión por esta Corte Suprema en 1915, es lo cierto que estaba en condiciones de serlo desde antes de estar en vigor la ley de 1914 que es la que exige el requisito de los dos años.

No es posible admitir tal razonamiento. La ley dice: ''Desde la fecha de la aprobación de esta ley, sólo podrán ejercer la profesión notarial en Puerto Rico los que, por el hecho de estar ya admitidos como abogados o notarios, tienen el derecho de ejercer dicha profesión notarial; los que en lo sucesivo se admitan por la Corte Suprema a la práctica de la abogacía, después de haber practicado ésta dos años ante los tribunales de esta isla, * * *.'' Como puede verse sin esfuerzo alguno, según los términos de la ley, en ambos casos el punto de partida es la admisión, no el estar en condiciones de ser admitido.

En tal virtud debe declararse sin· lugar la reconsideración solicitada.

*Denegada.*

Jueces concurrentes: Sres Asociados Wolf, Aldrey, Hutchison y Franco Soto.